**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER CABAN

     Plaintiff,

v.                                                      CASE NO.:  8:18-cv-01779-EAK-TGW

FIRST CONTACT, LLC, ALORICA,
INC.and iENERGIZER HOLDINGS
LIMITED,
     Defendant.

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

---

     I certify that the instant action:

\_\_\_\_\_   IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

### CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this August 9, 2018, to all parties of record.

                   Respectfully submitted,

                   */s/Heather H. Jones*
                   Heather H. Jones, Esq.
                   Florida Bar No. 0118974
                   William "Billy" Peerce Howard, Esq.
                   Florida Bar No. 0103330
                   THE CONSUMER PROTECTION FIRM, PLLC
                   4030 Henderson Blvd.
                   Tampa, FL  33629
                   Telephone: (813) 500-1500, ext. 205
                   Facsimile: (813) 435-2369
                   Heather@TheConsumerProtectionFirm.com
                   Billy@TheConsumerProtectionFirm.com
                   *Attorney for Plaintiff*