# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 8:18-CV-01779-T-17-TGW

Plaintiff:
**JENNIFER CABAN**

vs.

Defendant:
**FIRST CONTACT, LLC., ALORICA, INC., AND IENERGIZER HOLDINGS LIMITED**

TPL2018093670

For:
Heather H. Jones, Esq.
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629

Received by TSI LEGAL on the 24th day of July, 2018 at 3:32 pm to be served on **FIRST CONTACT, LLC. C/O DAN MONTENARO, MANAGER, 200 CENTRAL AVENUE, 7TH FLOOR, ST. PETERSBURG, FL 33701**.

I, TERESA DUCADY, being duly sworn, depose and say that on the **25th day of July, 2018** at **10:06 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **NAIDA BERA** as **LEGAL ASSISTANT** at the address of: **200 CENTRAL AVENUE, 7TH FLOOR, ST. PETERSBURG, FL 33701**, who stated they are authorized to accept service for **FIRST CONTACT, LLC.**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 160, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true; NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

Subscribed and Sworn to before me on the 25th day of July, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

JASON SWANSON
MY COMMISSION # FF 909158
EXPIRES: September 21, 2019
Bonded Thru Budget Notary Services

TERESA DUCADY
PS20754

TSI LEGAL
P.O. BOX 173019
TAMPA, FL 33672
(813) 282-0074

Our Job Serial Number: TPL-2018093670
Ref: CABAN,JENNIFER

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g