UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:8:18-cv-01779-T-17-TGW

JENNIFER CABAN,

    Plaintiff,

v.

FIRST CONTACT LLC, ALORICA, INC., AND
iENERGIZER HOLDINGS LIMITED

    Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, First Contact LLC ("Defendant"), by and through its undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support states as follows:

1. Defendant's response to the Complaint is due on or about August 17, 2018.

2. The undersigned requests a fourteen (14) day extension of time to respond to Plaintiff's Complaint, up to and including August 31, 2018.

3. Counsel for Defendant certifies that she has conferred with counsel for Plaintiff, who has no objection to this motion or the proposed extension.

4. This Motion is filed in good faith and not for purposes of delay.

**WHEREFORE**, Defendant hereby respectfully requests this Honorable Court enter an Order granting its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint up to and including August 31, 2018, and such other relief as this Court deems just and proper.

    */s/ Jacqueline Simms-Petredis*
    Jacqueline Simms-Petredis, Esq. (FL Bar #906751)
    Burr & Forman LLP

32214922 v1

201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Email: jsimms-petredis@burr.com
Secondary:dmorales@burr.com;
anolting@burr.com
Tel: (813) 221-2626
Fax: (813) 357-3534
***Attorneys for First Contact LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed by using the CM/ECF System which will furnish an electronic notice this 15th day of August, 2018 to:

Heather H. Jones, Esq.
William "Billy" Peerce Howard, Esq.
The Consumer Protection Firm, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorneys for Plaintiff*

>*/s/ Jacqueline Simms-Petredis*
>Jacqueline Simms-Petredis, Esq.