## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 8:18-CV-01779-T-17-TGW

Plaintiff:
**JENNIFER CABAN**

vs.

Defendant:
**FIRST CONTACT, LLC., ALORICA, INC., AND IENERGIZER HOLDINGS LIMITED**

TPL2018093673

For:
Heather H. Jones, Esq.
The Consumer Protection Firm
4030 Henderson Boulevard
Tampa, FL 33629

Received by TROPICAL SURVEILLANCE AND INVESTIGATIONS on the 24th day of July, 2018 at 3:23 pm to be served on **ALORICA, INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, JESSICA POWELL, do hereby affirm that on the **25th day of July, 2018** at **2:40 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **CUSTOMER SERVICE SPECIALIST** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of **ALORICA, INC.**, and informed said person of the contents therein, in compliance with state statutes.  Actual service location: (30.4425,-84.2624) accuracy 65 m.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 120, Hair: Red, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.            "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

JESSICA POWELL
258

TROPICAL SURVEILLANCE AND
INVESTIGATIONS
Po Box 173019
Tampa, FL 33672
(813) 258-8885

Our Job Serial Number: TPL-2018093673
Ref: CABAN,JENNIFER

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p