UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER CABAN

    Plaintiff,

vs.

CASE NO.:  8:18-cv-01779-EAK-TGW

FIRST CONTACT, LLC, ALORICA, INC.,
AND iENERGIZER HOLDINGS LIMITED,

    Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT iENERGIZER HOLDINGS LIMITED ONLY**

Pursuant to F.R.C.P. 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Jennifer Caban, hereby files this Notice of Voluntary Dismissal Without Prejudice As To Defendant iEnergizer Holdings Limited only, in the above-captioned matter.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system this September 28, 2018, to all parties of record.

Respectfully submitted,

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*