**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER CABAN,

    Plaintiff,

v.                                            CASE NO.: 8:18-cv-01779-EAK-TGW

FIRST CONTACT, LLC. ALORICA, INC. and
iENERGIZER HOLDINGS LIMITED

    Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ALORICA, INC. ONLY**

---

    COMES NOW, Plaintiff Jennifer Caban and Defendant Alorica, Inc. only, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

    Respectfully submitted on November 12, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/Daniel Montenaro* |
| Heather H. Jones, Esq. | Daniel Montenaro, Esq. |
| Florida Bar No.: 0118974 | Alorica, Inc. |
| William "Billy" Peerce Howard, Esq. | 5 Park Plaza, Suite 1100 |
| Florida Bar No.: 0103330 | Irvine, CA 92614 |
| THE CONSUMER PROTECTION FIRM, PLLC | Telephone: (949) 527-4658 |
| 4030 Henderson Blvd. | Daniel.montenaro@alorica.com |
| Tampa, FL 33629 | *Attorneys for Defendant* |
| Tel (813) 500-1500/Fax: (813) 435-2369 | |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorneys for Plaintiff* | |