**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JENNIFER CABAN,

    Plaintiff,

v.                                      CASE NO.:  8:18-cv-01779-EAK-TGW

FIRST CONTACT, LLC, et al,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, JENNIFER CABAN, and the Defendant, FIRST CONTACT, LLC, et al, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Jacqueline A. Simms-Petredis* |
| Heather H. Jones, Esq. | Jacqueline A. Simms-Petredis, Esq. |
| Florida Bar No. 0118974 | Florida Bar No.: 0906751 |
| William "Billy" Peerce Howard, Esq. | BURR & FORMAN LLP |
| Florida Bar No. 0103330 | 201 N. Franklin Street, Suite 3200 |
| THE CONSUMER PROTECTION FIRM, PLLC | Tampa, FL  33602 |
| 4030 Henderson Blvd. | Telephone: (813) 367-5751 |
| Tampa, FL 33629 | Facsimile: (813) 221-7335 |
| Telephone: (813) 500-1500, ext. 205 | Jsimms-petredis@burr.com |
| Facsimile: (813) 435-2369 | *Attorney for Defendant, First Contact, LLC* |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I certify that on December 20, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                      */s/Heather H. Jones*

                                      Heather H. Jones, Esq.